ORIGINAL

03-11-05

My name is Jon Whitten and I filed a 1983 form while I was an inmate at Sussex Correctional Institute in Georgetown Delaware.

I have been extradited to Houston Texas. I just wanted to let the court know this. Also, 3 of the charges I was extradited on were dismissed today because of the reason I mentioned in the 1983 form. I have 1 charge left that I go to court for 03-15-05 and I'm certain that charge will be dismissed also. I will inform the court if I'm released.

Also, if the court need's to contact me, they can send my mail to Jon Whitten A.K.A. Donnie Lee Bryan SPN# 01856715 Harris County Jail 701 North San Jacinto Houston TX. 77002-1217

Thank you,
Jon Whitten



FILED
MAR 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE