05cv130 GMS

3/30/05

My name is Jon Whitten and I filed a 1983 form from S.C.I. I have been released and my home address is 2120 Seneca Rd Apt. A Wilm. De. 19805.

Telephone 302-661-1137.

Thank you.

*Jon Whitten*

**FILED**
MAR 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE