

RECEIVED APR - 5 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

RETURN TO SENDER
RELEASED FROM CUSTODY OF HARRIS CO. SHERIFF'S DEPT

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Jon Michael Whitten
SPN# 01856715
Harris County Jail
701 North San Jacinto
Houston, TX 77002-1217