IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JON M. WHITTEN,                )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civ. No. 05-130-GMS
                               )
GOV. RUTH ANN MINNER, DONNA    )
PRICE, ST. OF DELAWARE,        )
SUSSEX CORR. INST., ST. OF     )
TEXAS, HARRIS COUNTY DISTRICT  )
ATTORNEY'S OFFICE, GALVESTON   )
COUNTY JAIL, RON MULLEN, and   )
WILM. ATTNY GNL'S OFF.         )
                               )
        Defendants.            )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 19, 2005, this Court entered an order requiring plaintiff to file within thirty (30) days from the date the order was sent, a request to proceed in forma pauperis or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 6th day of June, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge