

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JON M. WHITTEN, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-130-GMS |
| GOV. RUTH ANN MINNER, DONNA PRICE, ST. OF DELAWARE, SUSSEX CORR. INST., ST. OF TEXAS, HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE, GALVESTON COUNTY JAIL, RON MULLEN, and WILM. ATTNY GNL'S OFF. | ) |
| Defendants. | ) |

FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 19, 2005, this Court entered an order requiring plaintiff to file within thirty (30) days from the date the order was sent, a request to proceed in forma pauperis or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;



RECEIVED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Jon Michael Whitten
SPN# 01856715
2120 Seneca Road
Apt. A
Wilmington, DE 19805

A ☐ INSUFFICIENT ADDRESS
  ☒ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD

☐ OTHER

RTS RETURN TO SENDER